**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO.  23-cr-41-TSC** |
| | : | |
| | : | |
| **VICTOR SIMMS,** | : | |
| **Defendant.** | : | |

## <u>STATEMENT OF OFFENSE</u>

The parties in this case, the United States of America and the defendant, Victor Simms, stipulate and agree that the following facts are true and accurate.  These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offenses to which he is pleading guilty.

### <u>Statement of Facts</u>

On January 15, 2023, the Metropolitan Police Department (MPD) received a call regarding a criminal sexual assault at 3324 13th Street, Southeast.  Upon arriving at the scene, law enforcement was met by Witness 1, who reported that earlier that day her niece, Minor Victim 2 (MV2), reported that she observed a video on an iPad belonging to Victor Simms (Simms) that showed Simms placing his penis on the buttocks of her nine-year-old cousin, Minor Victim 1 (MV1).  Additionally, Witness 1 said that MV2 observed pictures showing MV1, fully nude, on Simms's iPad.  Witness 1 then went to Simms's house with MV1 and observed images on Simms's iPad depicting MV1 laying on a bed.  In the images, MV1 is wearing a shirt and no underwear, with her buttocks exposed in one of the images.  Witness 1 could not find the video of Simms

1

placing his penis on MV1's buttocks.  Witness 1 used her phone to take pictures of the images of MV1 that she saw on Simms's iPad.

Witness 1 asked MV1 if Simms had ever done anything to her.  MV1 responded that Simms placed his "private part" inside her "butt" while she was at his house.  Witness 1 then called the police and provided MPD with copies of the photographs she took of the images of MV1 that she observed on Simms's iPad.

On January 15, 2023, a detective with MPD briefly spoke with MV1.  MV1 told the Detective that she had stayed at Simms's residence on multiple occasions since October 2022. MV1 said that Simms would give her pills, wait until she fell asleep, and take pictures of her while she was fully nude.  MV1 stated that Simms penetrated her anus with his "private part" (referring to his penis) on at least one occasion while she was staying at Simms's residence.

MV1 and MV2 were both forensically interviewed and described how when they spent the night at Simms's residence he gave them pills on various occasions, which caused them to become sleepy.  MV2 further described spitting out the pills given to her by Simms at least one time.  In addition, MV1 and MV2 described Simms's directing them to sleep in his bed on occasion while staying at his residence.

On January 17, 2023, the FBI's Child Exploitation and Human Trafficking Task Force (CEHTTF) executed a search warrant at Simms's residence, located in Southeast, Washington DC, and seized multiple electronic devices including an iPad Pro and a one-terabyte SanDisk external hard drive.  In addition, law enforcement seized numerous pills and pill bottles, some of which were consistent with the pills and bottles described by MV1 and MV2.  These pills were later tested and determined to be a variety of substances, including Zolpidem and Alprazolam, both of which can have amnestic and dissociative effects when administered at a high dose.

Each of the digital devices recovered from Simms's residence was delivered to a Special Agent digital forensic examiner with the United States Attorney's Office for the District of Columbia Digital Forensics Laboratory for forensic examination.  The forensic examination of the one-terabyte SanDisk external hard drive revealed approximately 3,300 still images and over 250 videos depicting the sexual abuse of children.  Many of those still images and videos included metadata related to the date, time, and location where the image was initially produced.  In addition to the images found on the SanDisk hard drive, the forensic examination of the iPad Pro recovered from Simms's residence also revealed multiple images depicting the sexual abuse of young children.  The still images and videos contained on the SanDisk hard drive and iPad Pro were produced and transmitted using materials that were mailed, shipped, or transported in interstate or foreign commerce and which were actually transported or transmitted using a facility of interstate or foreign commerce.

Victor Simms produced many of the images depicting the sexual abuse of children (also known as child sex abuse material or CSAM) that he possessed on the SanDisk hard drive and iPad Pro by using various digital devices to photograph and video record minor victims engaged in sexually explicit conduct.  Further, the CSAM possessed by Simms on the SanDisk hard drive and iPad Pro depicts numerous instances in which minor female victims were sexually exploited and abused by Simms in Washington D.C., Maryland, and Virginia.  Victor Simms is an adult male who was born in 1969.  The following specific instances describe some, but not all, of Simms's known sexual exploitation of children and describes the images produced and possessed by Simms on the digital devices recovered from Simms's D.C. residence:

<u>Minor Victim 1, September 19, 2018</u>

On September 19, 2018, Simms produced a series of 12 still images and videos depicting MV1, who was four years old at the time, engaging in sexually explicit conduct in Washington D.C.  These images include, but are not limited to:

- Multiple photographs showing MV1 lying on her back asleep while wearing a purple pajama shirt with a white design.  The little girl's pajama shirt is lifted to display her vulva;

- Several close-up images of MV1's vulva;

- Multiple videos depicting Simms inserting his penis into MV1's mouth; and

- A video showing Simms penetrating MV1's anus with his penis.

<u>Minor Victim 1, September 17-19, 2021</u>

Between September 17-19, 2021, Simms traveled from the District of Columbia to, and transported MV1 to, a hotel in Maryland with the intent of engaging in a sexual act with the little girl, creating a series of 69 photos and videos depicting MV1, some of which show MV1 engaging in sexually explicit conduct.  MV1 was seven years old at the time. The images include, but are not limited to:

- An image showing Simms lying in bed, his face fully visible, while MV1 is lying next to him asleep, fully nude; and

- Multiple close-up images showing MV1's vulva.   In some of these images Simms uses his hand to spread MV1's vulva open.

<u>Minor Victim 1, March 4-6, 2022</u>

Between March 4-6, 2022, Simms traveled from the District of Columbia, and transported MV1 to, a hotel in Virginia with the intent of engaging in a sexual act with MV1, creating a video

which shows Simms sexually assaulting the child.  The video, which was recorded when MV1 was approximately 8 years old, shows Simms penetrating MV1's anus with his penis while she is asleep.

Minor Victim 1, June 3-4, 2022

Between June 3-4, 2022, Simms traveled from the District of Columbia, and transported MV1 to, a hotel in Virginia with the intent of engaging in a sexual act with MV1, creating a series of over 100 images depicting the sexual abuse of MV1.  MV1 was 8 years old at the time.  The images include but are not limited to:

- Multiple images depicting Simms rubbing lubricant on the anus and vulva of MV1

- Multiple images of Simms penetrating MV1's anus with his fingers

- Multiple images of Simms penetrating MV1's anus with his penis

Minor Victim 2, July 13-14, 2019

Between July 13-14, 2019, Simms traveled from the District of Columbia to, and transported MV2 to, a hotel in Virginia with the intent of engaging in a sexual act with the little girl, creating a series of 89 images, some of which depict the sexual abuse of MV2.  MV2 was 5 years old at the time the images were created.  The images include but are not limited to:

- Multiple images showing MV1 and MV2, fully nude, in a bathtub;

- Multiple images showing MV2 asleep, with her legs spread in a way that her anus is visible in the images;

- A video depicting Simms penetrating MV2's anus with his penis; and

- An image depicting MV2's vulva covered in a cloudy liquid, which appears to be semen.

<u>Minor Victim 2, June 17-19, 2022</u>

Between June 17-19, 2022, Simms traveled from the District of Columbia to, and transported MV2 to, a hotel in Virginia with the intent of engaging in a sexual act with the little girl, creating a series of 11 images, some of which show Simms sexually assaulting MV2.   MV2 was approximately 8 years old as of June 2022.  The images, include, but are not limited to:

- A video showing MV2 fully nude and standing on a bed;

- Images depicting MV2 fully nude and standing on the floor;

- Multiple close-up images of MV2's vulva;

- Multiple images that show Simms using his fingers to spread open MV2's vulva; and

- Multiple images that depict MV2's vulva covered in a cloudy liquid that appears to be semen.

<u>Minor Victim 3, August 7-8, 2020</u>

Between August 7-8, 2020, Simms traveled from the District of Columbia to, and transported MV3 to, a hotel in Maryland with the intent of engaging in a sexual act with the little girl, creating a series of 49 images, some of which depict the sexual abuse of MV3.  MV3 was approximately 3 years old at the time the images were created.  The images include, but are not limited to:

- Multiple images showing MV3 fully nude and lying on her back with legs spread;

- Multiple images depicting MV3 fully nude; in some images MV3 is positioned on her knees and the camera is focused such that the child's anus is visible; and

- A video showing MV3 dancing on a hotel bed while clothed.  In this video, Simms can be heard telling the three-year-old child to "twerk" as music plays in the background. The video also shows Simms reaching out and pulling MV3's pants down.

<u>Minor Victim 4, June 22, 2020</u>

On June 22, 2020, Simms produced a series of 19 images, some of which depict the sexual abuse of MV4, inside a residence in Washington, DC.  MV4 was approximately 3 years old at the time the images were created.  The images include, but are not limited to:

- Multiple close-up images of MV4's vulva; and

- A close-up image showing MV4's vulva where Simms's fingers can be seen touching the edge of the child's underwear.

<u>Minor Victim 5, January 18-19, 2019</u>

Between January 18-19, 2019, Simms produced a series of 20 images, some of which depict the sexual abuse of MV5, inside a residence in Washington, DC.  MV5 was seven years old at the time the images were created.  The images include, but are not limited to:

- Two photos showing Simms placing his mouth on MV5's bare anus;

- Multiple images that depict MV5 asleep on her back.  In some of these images MV5's legs are spread in such a way that the child's bare vulva is showing; and

- A video taken on January 19, 2019, showing Simms using his penis to penetrate MV5's anus while she is asleep.

<u>Minor Victim 6, October 27-28, 2018</u>

Between October 27-28, 2018, Simms traveled from the District of Columbia to, and transported MV6 to, a hotel in Maryland with the intent to engage in a sexual act with the little girl, creating a series of 92 images, some of which depict the sexual assault of MV6.  MV6 appears to be asleep during the abuse and remains asleep even while being penetrated.  MV6 was 9 years old at the time the images were created.  The images include, but are not limited to:

- An image showing MV6's underwear pulled to the side to display her vulva;

- A close-up image of MV6's vulva;

- An image showing Simms's penis penetrating MV6's anus;

- An image depicting Simms's penis penetrating MV6's vulva; and

- A video showing Simms penetrating MV6's vagina with his penis.

<u>Minor Victim 8, September 19-20, 2020</u>

Between September 19-20, 2020, Simms traveled from the District of Columbia to, and transported MV8 to, a hotel in Maryland with the intent to engage in a sexual act with the little girl, creating a series of 27 images, some of which depict the sexual abuse of MV8.  MV8 was 9 years old at the time.  The images include, but are not limited to:

- Images showing MV8 flat on her back and asleep in various positions.  In some of these images, the little girl's vulva is exposed to the camera; and

- Multiple close-up images showing Simms's penis penetrating MV8's anus.

<u>Minor Victim 9, October 2-4, 2020</u>

Between October 2-4, 2020, Simms traveled from the District of Columbia, and transported MV9 to, a hotel in Maryland with the intent to engage in a sexual act with the little girl, creating a series of 219 images, some of which depict the sexual abuse of MV9.  MV9 was 12 years old at the time.  These images include, but are not limited to:

- Images showing MV9 asleep while Simms uses his fingers to pull her underwear down to expose her vulva to the camera; and

- Images depicting MV9 lying on her stomach with her anus exposed. In some of these images Simms can be seen with his hands on the child's anus.

<u>Minor Victim 9, October 9-11, 2020</u>

Between October 9-11, 2020, Simms traveled from the District of Columbia, and transported MV9 to, a hotel in Maryland for the purpose of sexually abusing the little girl, creating a series of 113 images, some of which depict the sexual assault of MV9.  MV9 was 12 years old at the time.  The images include, but are not limited to:

- Images showing MV9 lying on her back with her vulva exposed;

- A video, recorded by Simms on October 10, 2020, which shows Simms penetrating MV9's vagina with his penis; and

- A close-up image showing MV9's vulva and Simms's hands touching the little girl's underwear.

In addition to the images described above, the iPad Pro and SanDisk hard drive contain numerous other CSAM images possessed and produced by Simms, including CSAM depicting Minor Victim 11, as well as at least two additional unidentified minor victims.  Additionally, in approximately 1997 the defendant sexually abused his biological daughter, Adult Victim 2, who was approximately 6 years old at the time, by penetrating her anus with his penis on at least one occasion.

In 2005, Simms was convicted of Felony Child Abuse Sex Act and Indecent Liberties with a Child in Fayetteville, North Carolina.  As a result, Simms was required by law to register as a sex offender at the times he committed a felony offense involving a minor victim, some of which are detailed above.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

_____/s/_____
Jocelyn P. Bond
Caroline Burrell
Sarah Folse
Assistant United States Attorneys

## **DEFENDANT'S ACKNOWLEDGMENT**

I have read this Statement of Offense and have discussed it with my attorney. I fully understand this Statement of Offense. I agree and acknowledge by my signature that this Statement of Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

Date: _____               _____
                                    Victor Simms
                                    Defendant

## **ATTORNEY'S ACKNOWLEDGMENT**

I have read this Statement of Offense, and have reviewed it with my client, Victor Simms, fully. I concur in my client's desire to adopt this Statement of Offense as true and accurate.

Date: _____               _____
                                    Eugene Ohm, Esq.
                                    Attorney for Defendant

11